# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ANTONIO MAHOLMES,
      Plaintiff

    v.                                       CASE NUMBER: 06-C-243

SUZANNE O'NEILL, WISCONSIN
STATE PUBLIS DEFENDER'S OFFICE,
JOHN M. SCHELLPFEFFER, and
CHAD MINDER,
      Defendants

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the plaintiff's request to proceed *in forma pauperis* (Docket #2) be and hereby is **GRANTED**.

      **IT IS FURTHER ORDERED** that this action be and hereby is **DISMISSED WITHOUT PREJUDICE**.

    April 10, 2006                                                     SOFRON B. NEDILSKY
Date                                                                                Clerk

                                                                                                   s/ Jacki L. Koll
                                                                                                    (By) Deputy Clerk